

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN GILBERT,<br><br>Defendant. | Case No. CR 17-0015-DOC<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

## I.

On September 30, 2020, Defendant made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on September 14, 2020. Katherine Corrigan, a member of the Indigent Defense Panel, was appointed to represent Defendant.

Defendant submitted on the recommendation of detention in the Pretrial Services Report.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition include defendant's arrest for possession of a firearm in violation of California Penal Code section 29800(a)(1)..

☒ history of substance abuse

☒ prior violations

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition (see above)

☒ criminal history, and history of substance abuse

### III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: September 30, 2020

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE
